COPY

Lisa S. Kantor, Esq. State Bar No. 110678
  e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. - State Bar No. 199634
  e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
JEANENE HARLICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JEANENE HARLICK,<br><br>             Plaintiff,<br><br>      vs.<br><br>BLUE SHIELD OF CALIFORNIA GROUP HEALTH PLAN,<br><br>             Defendant. | CASE NO: CV 08 3651 SC<br><br>NOTICE OF INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, Jeanene Harlick, certifies that the following listed party has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of the names of all such parties with their connection and interest herein:

1. Jeanene Harlick
2. Blue Shield of California Group Health Plan

DATED: July 28, 2008

KANTOR & KANTOR, LLP

BY: /s/ Lisa S. Kantor
Lisa S. Kantor
Attorneys for Plaintiff
Jeanene Harlick