1  GREGORY N. PIMSTONE (Bar No. CA 150203)
   email: gpimstone@manatt.com
2  ADAM PINES (Bar No. CA 172374)
   email: apines@manatt.com
3  JOELLE A GRYCZMAN (Bar No. CA 228277)
   email: jgryczman@manatt.com
4  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
5  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000
6  Facsimile: (310) 914-5820

7  *Attorneys for Defendant*
   CALIFORNIA PHYSICIANS' SERVICE dba
8  BLUE SHIELD OF CALIFORNIA

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                 NORTHERN DISTRICT OF CALIFORNIA

| JEANENE HARLICK, | Case No. CV-08-3651-SC |
|---|---|
| *Plaintiff,* | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| BLUE SHIELD OF CALIFORNIA GROUP HEALTH PLAN, | **Initial Case Management Conference:**<br>Date:     November 21, 2008<br>Time:     10:00 a.m.<br>Place:    Courtroom 1 |
| *Defendant.* | |

   IT IS HEREBY STIPULATED by and between plaintiff Jeanene Harlick ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California ("Blue Shield") (sued herein as "Blue Shield of California Group Health Plan"), through their respective counsel of record, and pursuant to Local Rule 6.1, as follows:

   WHEREAS, Blue Shield was served with the summons and complaint in this action on August 8, 2008;

   WHEREAS, Blue Shield has not previously requested any extensions of time to plead;

   WHEREAS, Blue Shield has requested that its time to respond to the

1  complaint be extended by fifteen days, to September 12, 2008;

2      WHEREAS, Plaintiff has agreed to extend Blue Shield's time to respond to

3  the complaint until September 12, 2008; and

4      WHEREAS, the requested extension of time will not impact any of the dates

5  that have been established by the Court,

6      NOW, THEREFORE, and based upon the above recitals, it is hereby agreed

7  and stipulated by the parties hereto, through their respective attorneys of record,

8  that:

9      1.    Blue Shield shall respond to Plaintiff's complaint on or before

10  September 12, 2008.

11      IT IS SO STIPULATED.

KANTOR & KANTOR, LLP
LISA S. KANTOR
ELIZABETH K. GREEN

Dated:  August 18, 2008    By:  s/ Lisa S. Kantor
    Lisa S. Kantor
*Attorneys for Plaintiff*
JEANENE HARLICK

MANATT, PHELPS & PHILLIPS, LLP
GREGORY N. PIMSTONE
ADAM PINES
JOELLE A GRYCZMAN

Dated:  August 18, 2008    By:  s/ Adam Pines
    Adam Pines
*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE,
dba BLUE SHIELD OF CALIFORNIA

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

41309490.1

2

**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**
**CASE NO. CV 08 3651 SC**