GREGORY N. PIMSTONE (Bar No. CA 150203)
email:  gpimstone@manatt.com
ADAM PINES (Bar No. CA 172374)
email:  apines@manatt.com
JOELLE A GRYCZMAN (Bar No. CA 228277)
email:  jgryczman@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 914-5820

*Attorneys for Defendant*
CALIFORNIA PHYSICIANS' SERVICE dba
BLUE SHIELD OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| JEANENE HARLICK, | Case No.  CV-08-3651-SC |
|---|---|
| *Plaintiff,* | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| BLUE SHIELD OF CALIFORNIA GROUP HEALTH PLAN, | **Initial Case Management Conference:**<br>Date:        November 21, 2008<br>Time:       10:00 a.m.<br>Place:      Courtroom 1 |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between plaintiff Jeanene Harlick ("Plaintiff") and defendant California Physicians' Service, dba Blue Shield of California ("Blue Shield") (sued herein as "Blue Shield of California Group Health Plan"), through their respective counsel of record, and pursuant to Local Rule 6.1, as follows:

WHEREAS, Blue Shield was served with the summons and complaint in this action on August 8, 2008;

WHEREAS, Blue Shield has not previously requested any extensions of time to plead;

WHEREAS, Blue Shield has requested that its time to respond to the

1 complaint be extended by fifteen days, to September 12, 2008;

2     WHEREAS, Plaintiff has agreed to extend Blue Shield's time to respond to
3 the complaint until September 12, 2008; and

4     WHEREAS, the requested extension of time will not impact any of the dates
5 that have been established by the Court,

6     NOW, THEREFORE, and based upon the above recitals, it is hereby agreed
7 and stipulated by the parties hereto, through their respective attorneys of record,
8 that:

9     1. Blue Shield shall respond to Plaintiff's complaint on or before
10 September 12, 2008.

11     IT IS SO STIPULATED.

12  
                          KANTOR & KANTOR, LLP  
                          LISA S. KANTOR  
13                           ELIZABETH K. GREEN

14  
15 Dated: August 18, 2008        By: s/ Lisa S. Kantor  
                          Lisa S. Kantor  
16                           *Attorneys for Plaintiff*  
                          JEANENE HARLICK

17                           MANATT, PHELPS & PHILLIPS, LLP  
18                           GREGORY N. PIMSTONE  
                          ADAM PINES  
19                           JOELLE A GRYCZMAN

20 Dated: August 18, 2008        By: s/ Adam Pines  
21                           Adam Pines  
                          *Attorneys for Defendant*  
22                           CALIFORNIA PHYSICIANS' SERVICE,  
                          dba BLUE SHIELD OF CALIFORNIA

23

24 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding*
25 *signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

41309490.1

26

27                                       IT IS SO ORDERED  
                                      Judge Samuel Conti

28                        2