1  Robert F. Schwartz, No. 227327
   Clarissa A. Kang, No. 210660
2  TRUCKER ✦ HUSS
   A Professional Corporation
3  120 Montgomery Street, 23rd Floor
   San Francisco, California  94104
4  Telephone:      (415) 788-3111
   Facsimile:       (415) 421-2017
5  E-mail:           rschwartz@truckerhuss.com
                    ckang@truckerhuss.com
6

7  Attorneys for Defendant
   PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN
8

9                  UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | JEANENE HARLICK, | Case No. CV-08-3651-SC |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN TO RESPOND TO THE FIRST AMENDED COMPLAINT** |
| 14 | vs. | |
| 15 | BLUE SHIELD OF CALIFORNIA; PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN, | |
| 16 | | |
| 17 | Defendant. | |

18
       Plaintiff JEANENE HARLICK ("Plaintiff") and Defendant PACIFIC CONSTRUCTION &
19
   MANUFACTURING PLAN ("Defendant"), and hereby stipulate, by and through their respective
20
   counsel, to extend the time by which Defendant must file a responsive pleading to Plaintiff's First
21
   Amended Complaint.  Pursuant to this stipulation, Defendant shall file a responsive pleading on or
22
   before December 19, 2008.
23
       This extension will not alter any dates or deadlines set by Court order.
24
   DATED: December 2, 2008
25                                              Kantor & Kantor, LLP

26
                                                By: /s/Lisa S. Kantor
27                                                  Lisa S. Kantor
                                                    Attorneys for Plaintiff
28                                                  JEANENE HARLICK

DATED: December 2, 2008

                            TRUCKER ✦ HUSS

                            By: /s/ Robert F. Schwartz
                               Robert F. Schwartz
                               Attorneys for Defendant
                               PACIFIC CONSTRUCTION &
                               MANUFACTURING, INC. GROUP HEALTH
                               PLAN

    I attest that my firm has obtained Ms. Kantor's concurrence in the filing of this document.

Dated: December 2, 2008

                               /s/Robert F. Schwartz
                               Robert F. Schwartz

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN TO RESPOND TO THE FIRST AMENDED COMPLAINT; Case No. CV-08-3651-SC
#963321
2