1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANENE HARLICK,<br><br>    *Plaintiff*,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA GROUP HEALTH PLAN and PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN,<br><br>    *Defendants*. | Case No. CV-08-3651-SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>**New Hearing Date:**<br>Date:    February 19, 2010<br>Time:    10:00 a.m.<br>Place:    Courtroom 1 |

1    IT IS HEREBY STIPULATED by and between plaintiff Jeanene Harlick ("Plaintiff") and defendants California Physicians' Service, dba Blue Shield of California ("Blue Shield") and the Pacific Construction & Manufacturing, Inc. Group Health Plan (the "Plan"), through their respective counsel of record as follows:

WHEREAS, at the June 26, 2009 status conference, the Court ordered that the parties' cross-motions for summary judgment (the "Motions") be heard at 10:00 a.m. on January 8, 2010;

WHEREAS, counsel for Blue Shield anticipates being engaged in a jury trial in the matter of *Anwar Soliman v. Del Taco, Inc*. (Orange County Superior Court Case No. 07-CC-03162) between December 14 and December 28, 2009;

WHEREAS, the current schedule would require Blue Shield to file its opposition to Plaintiff's motion for summary judgment by December 18, 2009 and its reply in support of its motion for summary judgment by December 25, 2009;

WHEREAS, Plaintiff and the Plan do not oppose continuing the hearings on the Motions to February 19, 2010; and

WHEREAS, the requested continuance will only move the hearings back by six weeks,

NOW, THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the parties hereto, through their respective attorneys of record, that:

///
///
///

1.    The parties' cross-motions for summary judgment shall be continued at 10:00 a.m. on February 19, 2010.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | KANTOR & KANTOR, LLP |
| Dated: September 9, 2009 | By: s/ Lisa S. Kantor |
|  | Lisa S. Kantor |
|  | *Attorneys for Plaintiff* |
|  | JEANENE HARLICK |
|  |  |
|  | MANATT, PHELPS & PHILLIPS, LLP |
| Dated: September 9, 2009 | By: s/ Adam Pines |
|  | Adam Pines |
|  | *Attorneys for Defendant* |
|  | CALIFORNIA PHYSICIANS' SERVICE, dba BLUE SHIELD OF CALIFORNIA |
|  |  |
|  | TRUCKER HUSS |
| Dated: September 9, 2009 | By: s/ Robert F. Schwartz |
|  | Robert F. Schwartz |
|  | *Attorneys for Defendant* |
|  | PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN |

**ORDER**

It is so ordered.

Dated: 9/10/09

United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Adam Pines hereby attests that concurrence in the filing of this document has been obtained.*

41426238.1

3

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT
CASE NO. CV 08 3651 SC