1 | Lisa S. Kantor, Esq. State Bar No. 110678
    e-mail: lkantor@kantorlaw.net
2 | **KANTOR & KANTOR, LLP**
    19839 Nordhoff Street
3 | Northridge, CA 91324
    Telephone: (818) 886-2525
4 | Facsimile: (818) 350-6272
    **Attorneys for Plaintiff,**
5 | **JEANENE HARLICK**

6 | Gregory N. Pimstone State Bar No. CA 150203
    e-mail: gpimstone@manatt.com
7 | Adam Pines State Bar No. CA 172374
    e-mail: apines@manatt.com
8 | Justin C. Johnson State Bar No. 252175
    e-mail: jjohnson@manatt.com
9 | **MANATT, PHELPS & PHILLIPS, LLP**
    11355 West Olympic Boulevard
10 | Los Angeles, CA 90064-1614
    Telephone: (310) 312-4000
11 | Facsimile: (310) 312-4224
    **Attorneys for Defendant**
12 | **CALIFORNIA PHYSICIANS' SERVICE dba**
    **BLUE SHIELD OF CALIFORNIA**
13 |

14 | Robert F. Schwartz, State Bar No. 227327
     e-mail: rschwartz@truckerhuss.com
     Clarissa A. Kang, State Bar No. 210660
15 | e-mail: ckang@truckerhuss.com
     **TRUCKER ♦ HUSS**
16 | A Professional Corporation
     120 Montgomery Street, 23rd Floor
17 | San Francisco, California 94104
     Telephone: (415) 788-3111
18 | Facsimile: (415) 421-2017
     **Attorneys for Defendant**
19 | **PACIFIC CONSTRUCTION & MANUFACTURING, INC.**
     **GROUP HEALTH PLAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JEANENE HARLICK, | CASE NO: C 08-3651 SC |
| Plaintiff, | |
| vs. | STIPULATION REGARDING SUBMISSION OF EVIDENCE IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT |
| BLUE SHIELD OF CALIFORNIA; PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN, | Hearing Date: February 19, 2010<br>Time: 10:00 a.m. |
| Defendants. | |

1

Plaintiff Jeanene Harlick ("Plaintiff") and Defendants California Physicians' Service, dba Blue Shield of California ("Blue Shield") and Pacific Construction & Manufacturing, Inc. Group Health Plan, by and through their respective counsel, enter into the following stipulation, with regard to these facts:

1. The Court has set a deadline of Friday, January 15, 2010 for the filing of motions for summary judgment.

2. Plaintiff intends to file a motion for summary judgment, supported by the Claim File produced by Blue Shield pursuant to Rule 26 of the Federal Rules of Civil Procedure.

3. The Claim File consists of approximately 4,000 pages.

IT IS THEREFORE STIPULATED and agreed by and between the parties that plaintiff may submit the Claim File on a CD, for manual filing. The parties further stipulate to allow plaintiff to submit the same Claim File on a CD to the Court's chambers as a courtesy copy, and that each party may submit a courtesy copy on a CD of that party's evidence to the Court's Chambers.

DATED: January 14, 2010                KANTOR & KANTOR, LLP

                                       By: */s/ Lisa S. Kantor*
                                       LISA S. KANTOR
                                       Attorneys for Plaintiff, Jeanene Harlick

DATED: January 14, 2010                MANATT, PHELPS & PHILLIPS, LLP

                                       By: */s/ Adam Pines*
                                       ADAM PINES
                                       Attorneys for Defendant
                                       California Physicians'
                                       Service, Dba Blue Shield of
                                       California

DATED: January 14, 2010                TRUCKER ✦ HUSS

                                       By: */s/ Robert F. Schwartz*
                                       ROBERT F. SCHWARTZ
                                       Attorneys for Defendant
                                       Pacific Construction & Manufacturing, Inc.
                                       Group Health Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JEANENE HARLICK,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA; PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN,<br><br>    Defendants.<br>_____ | CASE NO: C 08-3651 SC<br><br>[PROPOSED] ORDER ON STIPULATION REGARDING SUBMISSION OF EVIDENCE IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT<br><br>Hearing Date: February 19, 2010<br>Time: 10:00 a.m. |

GOOD CAUSE APPEARING, and based on the Stipulation of the parties, it is hereby ordered that:

In support of her motion for summary judgment, Plaintiff may submit the Claim File on a CD, for manual filing. Plaintiff may also submit the same Claim File on a CD to the Court's chambers as a courtesy copy. Each party may also submit a courtesy copy on a CD of that party's evidence to the Court's Chambers.

DATED: 1/14/2010 _____
The Honorable Samuel Conti
United States District Court Judge

IT IS SO ORDERED
Judge Samuel Conti