Robert F. Schwartz, No. 227327
Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone:	(415) 788-3111
Facsimile:	(415) 421-2017
E-mail:	rschwartz@truckerhuss.com
	ckang@truckerhuss.com

Attorneys for Defendant
PACIFIC CONSTRUCTION & MANUFACTURING, INC.
GROUP HEALTH PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANENE HARLICK,<br><br>               Plaintiff,<br><br>vs.<br><br>BLUE SHIELD OF CALIFORNIA; PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN,<br><br>               Defendant. | Case No. CV-08-3651-SC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN WITHOUT PREJUDICE** |

WHEREAS, this is an action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. section 1132 (a)(1) and (3);

WHEREAS, on the motion of Blue Shield, plaintiff JEANENE HARLICK ("Plaintiff") has named PACIFIC CONSTRUCTION & MANUFACTURING INC. GROUP HEALTH PLAN ("the Plan") as a defendant in this action;

WHEREAS, at all relevant times the Plan was insured under the Plan which was funded by a group health service contract issued by defendant California Physicians' Service, dba Blue Shield of California ("Blue Shield");

WHEREAS, Blue Shield agrees it will be liable for any judgment or settlement concerning the payment or non-payment of benefits to Plaintiff that may result from this action as if it were the Plan;

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record, that Blue Shield will be liable for any judgment or settlement concerning the payment or non-payment of benefits to Plaintiff that may be entered or reached in this action as if it were the Plan; |

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record, that Blue Shield will be liable for any judgment or settlement concerning the payment or non-payment of benefits to Plaintiff that may be entered or reached in this action as if it were the Plan;

IT IS FURTHER STIPULATED that the Plan need not appear in this action, and the Plan is hereby dismissed from this action without prejudice.

IT IS SO STIPULATED.

KANTOR & KANTOR

DATED: February 2, 2010

By: /s/ Lisa S. Kantor
Lisa S. Kantor, Attorneys for Plaintiff Jeanne Harlick

TRUCKER ✦ HUSS

DATED: February 2, 2010

By: /s/ Robert F. Schwartz
Robert F. Schwartz, Attorneys for Defendant Pacific Construction & Manufacturing, Inc.

MANATT, PHELPS & PHILLIPS, LLP

DATED: February 2, 2010

By: /s/ Adam Pines
Adam Pines, Attorneys for Defendant California Physicians Service dba Blue Shield of California

**ORDER**

It is so ordered.

DATED: February 4, 2010

IT IS SO ORDERED
Judge Samuel Conti

United States District Court Judge

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Robert Schwartz hereby attests that concurrence in the filing of this document has been obtained.*

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT PACIFIC CONSTRUCTION & MANUFACTURING, INC. GROUP HEALTH PLAN WITHOUT PREJUDICE; Case No. CV-08-3651-SC
#1058981

2