IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANENE HARLICK ) | Case No. C 08-3651-SC |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| BLUE SHIELD OF CALIFORNIA, ) | |
| ) | |
| Defendant. ) | |

In a concurrently filed Order, the Court GRANTED Plaintiff Jeanene Harlick's motion for entry of judgment. In accordance with that Order, the Court hereby enters JUDGMENT in favor of Plaintiff Jeanene Harlick ("Harlick") and against Defendant Blue Shield of California in the amount of $207,813. The Court also awards Harlick attorney fees in the amount of $461,899 and non-statutory costs in the amount of $10,663.15.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: June 3, 2013

UNITED STATES DISTRICT JUDGE